IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-03035-CMA-MEH

DEBORAH GASTON, and
JEFFERY GASTON,

    Plaintiffs,

v.

AFNI, INC.,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation of Dismissal With Prejudice (Doc. # 17), signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action is DISMISSED WITH PREJUDICE.

DATED:  April __08__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge